THOMAS H. ELLIS, ET AL., *v.* JAMES HITE, ET AL.

**Life Tenant Liable for Taxes.**

Where real estate is held by one for life and by others in remainder, under a sale made for taxes, the purchaser cannot hold the interest of the remaindermen. The life tenant is alone liable for the taxes, and if the purchaser at tax sale obtained any title it was but the life estate.

APPEAL FROM NELSON CIRCUIT COURT.

January 23, 1880.

OPINION BY JUDGE PRYOR:

The husband of one of the parties entitled in remainder (or his heirs) is endeavoring to claim the real estate in controversy under a sale made for taxes, and to hold it against the other devisees. The life tenant was alone liable for the taxes, and all the title appellants' ancestor obtained, if any, was the life estate; and if not, the purchase by appellants' ancestor would enure to the benefit of all under the proof in this case, and after refunding the money advanced, if any, the estate would be divided according to the provisions of the will.

Judgment *affirmed*.

*Muir & Wickliffe, for appellants. C. T. Atkinson, for appellees.*